| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| Bret T. Winterle, Esq. (SBN 32051) Fish & Richardson, P.C. 1717 Main Street Suite 5000, Dallas, TX 75201 *Telephone No:* 214-747-5070 | | |
| *Attorney For:* Plaintiffs | *Ref. No. or File No.:* | |
| *Insert name of Court, and Judicial District and Branch Court:* IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA GREENSBORO DIVISION | | |
| *Plaintiff:* ABC IP, LLC, a Delaware limited liability company *Defendant:* Dogwood Armory LLC, a North Carolina Limited Liability Company, et al. | | |

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 1:26-cv-498 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR PATENT INFRINGEMENT; CIVIL COVER SHEET; DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION (ABC IP, LLC, a Delaware Limited Liability Company); DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION (Rare Breed Trigger, Inc., a Texas Corporation); DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION (RBTM LLC, a Wyoming limited liability company); REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE OF ELECTRONIC FILING (Case ASSIGNED to District Judge DAVID A. BRAGDON and MAG/JUDGE JOI ELIZABETH PEAKE. (lks); NOTICE AND RESPONSE ON REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE; NOTICE OF RIGHT TO CONSENT TO THE EXERCISE OF CIVIL JURISDICTION BY A MAGISTRATE JUDGE

3. *a.* Party served: Dogwood Armory LLC, a North Carolina Limited Liability Company
   *b.* Person served: Jeremy Dale Beeson, Agent, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 475 Spencer Meadow Road, Asheboro, NC 27205

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Jun 09 2026 (2) at: 08:40 PM

6. **Person Who Served Papers:**
   a. Robert Bryant
   b. FIRST LEGAL
      110 West A Street #750
      SAN DIEGO, CA 92101
   c. (619) 231-9111

   d. *The Fee* for Service was: $542.10

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| 2026-06-11 | *Robert Bryant* |
|---|---|
| *(Date)* | *(Robert Bryant)* |



PROOF OF
SERVICE

*16089396*
*(15265446)*